UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-278-RJC

| | |
|---|---|
| JAMES RONALD PEGGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> BRIAN SHIPWASH, DAVID WILSON, ) <br> ROSSABI BLACK SLAUGHTER, P.A., ) <br> AARON B. ANDERSON, TRUSTEE ) <br> SERVICES OF CAROLINA, LLC, ) <br> BROCK & SCOTT, PLLC, U.S. BANK ) <br> TRUST NATIONAL ASSOCIATION ) <br> a/k/a U.S. BANK NATIONAL ) <br> ASSOCIATION, WELLS FARGO ) <br> HOME MORTGAGE a/k/a WELLS ) <br> FARGO BANK NATIONAL ) <br> ASSOCIATION, ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the following: (1) Defendants Wells Fargo Bank N.A. and U.S. Bank National Association's Motion for Extension of Time to Answer, (Doc. No. 3); (2) Defendants Aaron B. Anderson, Trustee Services of Carolina, LLC, and Brock & Scott, PLLC's Motion for Extension of Time to Answer, (Doc. Nos. 4, 5); (3) Defendants David Wilson and Rossabi Black Slaughter, P.A.'s Motion for Extension of Time to Answer, (Doc. No. 11); and (4) Defendant Brian Shipwash's Motion for Extension of Time, styled as Motion to Deem Motion to Dismiss Filed on Behalf of Defendant Shipwash Timely Filed, (Doc. No. 29). For good cause shown, the defendants' motions for extensions of time will be granted.

**IT IS, THEREFORE, ORDERED** that:

1. Defendants Wells Fargo Bank N.A. and U.S. Bank National Association's Motion for Extension of Time to Answer, (Doc. No. 3), is **GRANTED**;

2. Defendants Aaron B. Anderson, Trustee Services of Carolina, LLC, and Brock & Scott, PLLC's Motion for Extension of Time to Answer, (Doc. No. 4), is **GRANTED**;

3. Defendants Aaron B. Anderson, Trustee Services of Carolina, LLC, and Brock & Scott, PLLC's Motion for Extension of Time to Answer, (Doc. No. 5), is **GRANTED**;

4. Defendants David Wilson and Rossabi Black Slaughter, P.A.'s Motion for Extension of Time to Answer, (Doc. No. 11), is **GRANTED**; and

5. Defendant Brian Shipwash's Motion for Extension of Time, styled as Motion to Deem Motion to Dismiss Filed on Behalf of Defendant Shipwash Timely Filed, (Doc. No. 29), is **GRANTED**.

Signed: October 5, 2015

Robert J. Conrad, Jr.
United States District Judge