# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| James Ronald Peggs**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00278-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian Shipwash | ) | |
| David Wilson & Rossabi Black Slaughter, P.A. | | |
| Wells Fargo Home Mortgage | | |
| Arron B. Anderson Trustee Service of Carolina LLC | | |
| Surety Insurance Company | | |
| Brock & Scott, PLLC | | |
| US Bank Trust National Association**,** Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court